UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN COLE SOCHA,

     Plaintiff,                                                    Case No. 1:13-cv-1026

v.                                                                                  HON. JANET T. NEFF

CITY OF EAST LANSING, et al.,

     Defendants.
_____/

## **ORDER**

This is a civil action involving a *pro se* litigant.  Defendants filed a Motion for Summary Judgment (Dkt 78).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 8, 2016, recommending that this Court grant Defendants' motion and dismiss this action.  The Report and Recommendation was duly served on the parties.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 83) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt 78) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: January 29, 2016                          _/s/ Janet T. Neff_____
                                                                          JANET T. NEFF
                                                                          United States District Judge

---

[1]Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "not deliverable as addressed" and "unable to forward."  There was also a notation stating, "Bldgs were demolished" (Dkt 84).  Plaintiff has failed to keep the Court apprised of his current address.